ARMENDE LESSER, Appellant, v. HAROLD BROWN et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan and Van Voorhis, JJ. [See *post,* p. 979.]

■

FRANK E. WETZEL, Respondent, v. F. DARIUS BENHAM, INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Cohn, Callahan and Van Voorhis, JJ.

■

In the Matter of the Probate of the Will of ELLA CORSA, Deceased. THOMAS K. MAHLON et al., Respondents; FLORENCE H. STEELMAN, Appellant.— Decree and order unanimously affirmed, with costs to the respondents appearing and filing briefs herein payable out of the estate. We find that the Surrogate did not abuse his discretion and in any event there was no probability of success. Present — Dore, P. J., Cohn, Callahan, Van Voorhis and Breitel, JJ.

■

In the Matter of the Arbitration between NEWARK NEWSDEALERS SUPPLY COMPANY, INC., Appellant, and NEWSPAPER AND MAIL DELIVERERS' UNION OF NEW YORK AND VICINITY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

■

JOSEPH ZILKA, Respondent, v. ROBERT BURNS RESIDENCE CLUB, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan and Van Voorhis, JJ.

■

ISABELLE GALES, as Executrix of ENA BERNSTEIN, Deceased, Appellant, v. DANIEL FRANK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

■

LELA R. VEAL et al., Respondents, v. ESTELLE VEAL et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.